# IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI

| | |
|---|---|
| COREY A. FOWLER, Individually, and as ADMINISTRATRIX FOR THE ESTATES OF RONALD J. BALZER and TAMARA A. BALZER, | ) ) ) ) |
| AND | ) |
| RICHARD FOWLER, Individually, and as PERSONAL REPRESENTATIVE FOR THE ESTATE OF HAYLEIGH-ANN PAIGE FOWLER, | ) ) ) ) |
| PLAINTIFFS, | ) |
| vs. | ) CASE: 2222-CC00783 |
| STL TRUCKING, LLC. | ) |
| DEFENDANT | ) |
| vs. | ) |
| HALLMARK INSURANCE COMPANY | ) |
| DEFENDANT. | ) |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, through counsel, here by move for default judgment against defendants STL Trucking, LLC and Hallmark Insurance Company. In support, plaintiff states as follows:

1. This action was filed on May 13, 2022.

2. Service was had against defendant STL Trucking, LLC on June 8, 2022 by the St. Louis County Sheriff's Office.

3. Service was had against defendant Hallmark Insurance Company on July 29, 2022 by the Cole County Sheriff's office to the Director of the Missouri Department of Insurance.

4. Pursuant to Supreme Court Rules, both defendants failed to answer the Petition for Damages and/or otherwise serve responsive pleadings within 30 days of being served.

5. Neither defendant requested and/or had been given any extensions.

6. Given that defendants are in default, plaintiffs respectfully request Judgment against defendants for the full amount of the damages, including the subject insurance policy, the full amount of the underlying judgment, all costs herein expended, and for such other relief as this Court deems fair.

WHEREFORE, for the reasons stated herein, plaintiff respectfully requests Judgment against defendant STL Trucking, LLC and Hallmark Insurance Company.

**Respectfully submitted,**
**RAH LAW**

  **/s/ *Grant S. Rahmeyer***
**MO # 58897**
**205 Park Central, Suite 516**
**Springfield, Missouri 65806**
**Telephone: (417) 512-2333**
**Fax: (417) 512-2922**
**Email:** *grant@rah.law*
*Attorney for Plaintiff*